## IN THE FIRST JUDICIAL DISTRICT OF THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI

| | |
|---|---|
| TRISH SANDERS<br>Plaintiff<br><br>V.    Cause No. 21-631<br><br>FREG MOSS CREEK<br>ASSOCIATES, LLP d/b/a<br>THE PARK AT MOSS CREEK<br>APARTMENTS<br>Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## COMPLAINT
## (JURY TRIAL DEMANDED)

COMES NOW Trish Sanders, Plaintiff, by and through undersigned counsel, in the above styled and numbered cause, and files this her Complaint against the Defendant, The Park at Moss Creek Apartment and in support thereof would show unto the Court the following facts, to wit:

### PARTIES

1. Plaintiff, Trish Sanders, is an adult resident citizen of Hinds County, Mississippi.

2. Defendant, FREG Moss Creek Associate, LLP d/b/a The Park at Moss Creek Apartments, is a foreign entity located at 4500 Cherry Creek Drive South, Suite 550 Gelndale, CO and doing business in the State of Mississippi and may be served by serving its registered agent CT Corporation System at 645 Lakeland Drive East, Suite 101 Flowood, MS 39232.

### JURISDICTION AND VENUE

3. This Complaint is based on claims made by the Plaintiff against the Defendant arising under the laws of the State of Mississippi. This Court has subject matter jurisdiction and

EXHIBIT "A"

this Court has personal jurisdiction. The Plaintiff is a resident of Hinds County, Mississippi and the Defendant does business in the First Judicial District of Hinds County, Mississippi.

4. Venue is properly fixed in this Court since the cause of action occurred and/or accrued in whole or in part in the First Judicial District of Hinds County, Mississippi.

## FACTS

5. On or about October 28, 2020, the Plaintiff was on the premises of the Defendant's place of business home located at 5000 Ridgewood Road Jackson, MS 39211 as an invitee for the purpose of visiting with a resident at the Park at Moss Creek Apartments. At the aforesaid date and place, Plaintiff while walking on Defendant's property, Plaintiff tripped over a hole in the ground. Plaintiff was severely injured as a result.

6. Defendant was careless, reckless and negligent in the following ways, to wit:

    a. Defendant permitted the Plaintiff to walk in an area which they knew, or should have known, was unsafe, hazardous, and dangerous;

    b. Defendant failed to reasonably and properly keep the premises of said apartment complex in a safe condition;

    c. Defendant failed to conduct an inspection of said premises for the purpose of discovering known, apparent dangers, as well as unknown and latent dangers, in order to make the Defendant's property a reasonably safe place for the general public and invitees;

    d. Defendant failed to properly maintain a reasonably safe premises for the Plaintiff and other visitors;

    d. Defendant failed to adequately warn its invitees of the dangerous and hazardous condition of the steps located on its home premises; and

EXHIBIT "A"

e. By other acts or omissions of the Defendant to be shown at the trial of this cause.

8. As a direct and proximate result of the aforesaid negligence of the Defendant, the Plaintiff tripped and fell and was severely injured. Plaintiff sustained injuries to her left foot and hip. Plaintiff has sustained, and she will continue to experience, excruciating physical and mental pain, anguish, and discomfort. Plaintiff's injuries are permanent and temporary in nature.

9. As a direct and proximate result of the aforesaid negligence of the Defendant, Plaintiff has incurred expenses for doctor bills, hospital bills, medical bills, and other necessary medical expenses, and she will continue to incur such expenses in the future.

WHEREFORE, premises considered, Plaintiff demands a trial by jury and judgment of and from Defendant for actual, compensatory and other damages as determined by the jury together with costs of Court incurred and pre and post judgment interest.

RESPECTFULLY SUBMITTED, this the 4th day of October, 2021.

TRISH SANDERS, PLAINTIFF

The Stubbs Law Firm, PLLC

By: _____
TERRELL STUBBS, MSB #8017

TERRELL STUBBS, MSB# 8017
The Stubbs Law Firm, PLLC
120 W. Court Avenue
P.O. Box 157
Mendenhall, MS 39114
P. 601-847-4811
www.thestubbslawfirm.com